IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DANA WILSON,<br>　　Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>　　Defendant. | §<br>§<br>§<br>§ Civil Action No. 3:15-CV-1166-M<br>§<br>§<br>§ |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Plaintiff filed objections, and the Court has made a de novo review of those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made. The objections are overruled and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court notes that if the Administrative Law Judge erred in finding at step two that the Plaintiff suffered severe mental impairments, that error is harmless.

**SO ORDERED** this 27th day of September, 2016.

_____
BARBARA M. G. LYNN
CHIEF JUDGE